# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0812
Lower Tribunal No. 16-15-FC-04
_____

**Merana Toussaint,**
Appellant,

vs.

**Jonel Toussaint,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Law Offices of James Jean-Francois, P.A., and James Jean-Francois (Hollywood), for appellant.

Marro Law, P.A., and Meaghan K. Marro, (Plantation), for appellee.

Before LOGUE, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. § 61.077, Fla. Stat. (2024); <u>Sell v. Sell</u>, 949 So. 2d 1108, 1112 (Fla. 3d DCA 2007) (noting that the homestead character of a marital

home does not bar the distribution or partition of the home between spouses (citing Partridge v. Partridge, 912 So. 2d 649, 650 (Fla. 4th DCA 2005))); Ortiz v. Ortiz, 315 So. 3d 149, 152 (Fla. 2d DCA 2021) ("The marital home, like any other marital asset, is subject to equitable distribution."); Sharon v. Sharon, 862 So. 2d 789, 791 (Fla. 2d DCA 2003) ("[A]llocating the marital home . . . as part of the plan of equitable distribution falls within the scope of the trial court's broad discretion[.]").